# **DECLARATION OF RYAN LEONARD**

STATE OF OKLAHOMA            )
                             ) SS:
COUNTY OF OKLAHOMA            )

I, Ryan Leonard, state as follows:

1. I am a licensed attorney in the State of Oklahoma.

2. I serve as counsel for NewLight Healthcare, LLC, a Texas limited liability company ("NewLight"), and LTC Group, LLC, a Texas limited liability company ("LTC Group").

3. An Oklahoma UCC search on PVHA dated August 24, 2018, reveals that on page 5 of 6, a Financing Statement in favor of First United Bank was recorded on July 9, 2003, and identifies the collateral covered as "chattel paper, contract rights, personal property included in the trust estate[.]" ("2003 FUB UCC-1")(Oklahoma UCC Search, attached as Exhibit 1). The Legacy Number listed is 2003008310219.

4. On page 4 of 6 of the Oklahoma UCC search, a UCC-3 Continuation in favor of First United Bank was recorded on June 18, 2008 ("2008 FUB Continuation"). The 2008 FUB Continuation identifies that it relates back to the previously-referenced 2003 FUB UCC-1. (*See* Exhibit 1).

5. On page 2 of 6 of the Oklahoma UCC search, a Continuation in favor of First United Bank was recorded on June 12, 2013 ("2013 FUB Continuation"). The 2013 FUB Continuation indicates that it relates back to the 2003 FUB UCC-1. (*See* Exhibit 1).

6. On page 1 of 6 the Oklahoma UCC search, a final Continuation in favor of First United Bank was on April 13, 2018 ("2018 FUB Continuation"). The 2018 FUB

Continuation indicates that it also relates back to the 2003 FUB UCC-1, and identifies the collateral covered as "chattel paper, contract rights, personal property included in the trust estate," which is identical to the collateral description in the 2003 FUB UCC-1. (*See* Exhibit 1).

    This Declaration is made under penalty of perjury.

_____
Ryan Leonard

ROD SEARCH UCC SEARCH

ROAM Help

Empty Briefcase
Print

ROAM®

EXHIBIT
tabbies
1

David B. Hooten, County Clerk
Oklahoma County, Oklahoma

pauls valley hospital authority

Advanced Search
What is Phonetic Search?

**Sort By :** Instrument : High to Low

Search | Phonetic Search

Mode: PC | Mobile | Tablet
Results: All Info | Legal Info | Document Info

**UCC**

**Results 1 - 45 of 45 for pauls valley hospital authority. (0.00 seconds)**

**Index Type**
- UCC(45)

**Doc Type**
- AMENDMENT - STANDARD(4)
- AMENDMENT NON STANDARD(1)
- ASSIGNMENT - UCC(4)
- CONTINUATION(3)
- E-FILED UCC-1(1)
- E-FILED UCC-3 CONTINUATION(1)
- FINANCING STATEMENT - S(19)
- NON-STANDARD UCC-1(3)
- PUBLIC FINANCE TRANSACTION(4)
- TERMINATION(5)

**Party Role**
- Debtor(39)
- Secured party(6)

**Recorded Date**
- + 2018(1)
- + 2017(3)
- + 2016(5)
- + 2015(2)
- + 2013(4)
- + 2012(4)
- + 2011(5)
- + 2010(8)
- + 2009(1)
- + 2008(1)
- More ...

**Role Filter**
- + 1(39)
- + 2(6)

**Party Seq**
- + 1(44)
- + 2(1)

| Instrument | Recorded Date | Name | Party Role | Doc Type | Other Name | Collateral | Big Collateral | First Reference | Briefcase | View Image | Legacy Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20180413020373100 | 04/13/2018 01:37:43 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | CONTINUATION | FIRST UNITED BANK & TRUST CO | CHATTEL PAPER, CONTRACT RIGHTS, PERSONAL PROPERTY INCLUDED IN THE TRUST ESTATE. | | Ref Type: REFERENCE Legacy #: 2003008310219 Instr #: 200302125476100 | Add to Briefcase | | |
| 20171229021293380 | 12/29/2017 02:27:21 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | FINANCING STATEMENT - S | PAULS VALLEY NATIONAL BANK | ALL DEBTORS RIGHT TITLE AND INTEREST. | | | Add to Briefcase | | |
| 20170906020918280 | 09/06/2017 11:19:52 AM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | FINANCING STATEMENT - S | SYSINFORMATION HEALTHCARE SERVICES LLC | DEBTOR HEREBY GRANTS | | | Add to Briefcase | | |
| 20170123020070530 | 01/23/2017 09:58:46 AM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | AMENDMENT - STANDARD | NEWLIGHT HEALTHCARE LLC | AMEND COLLATERAL TO ADD: ANY MONEYS RECEIVED FOR MEDICARE OR MEDICAID ELECTRONIC HEALTH RECORD STIMULUS OR ANY COST REPORT SETTLEMENTS. | | Instr #:20161012021050490 | Add to Briefcase | | |
| 20161228021290530 | 12/28/2016 12:53:22 AM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | AMENDMENT - STANDARD | NEWLIGHT HEALTHCARE LLC | AMEND DEBTORS COLLATERAL INFORMATION. SEE ATTACHED 12-28-16 | | Instr #:20161012021050490 | Add to Briefcase | | |
| 20161012021050490 | 10/12/2016 10:15:41 AM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | FINANCING STATEMENT - S | NEWLIGHT HEALTHCARE LLC | ALL THE FOLLOWING DESCRIBED PROPERTY: ACCOUNTS, CONTRACT RIGHTS, BILLS, ACCEPTANCES, AND OTHER FORMS OF OBLIGATIONS ARISING OUT OF THE SALE, LEASE OR CONSIGNMENT OF GOODS. | | | Add to Briefcase | | |
| 20160816020855330 | 08/16/2016 11:17:50 AM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | CONTINUATION | LEASING ASSOCIATES OF BARRINGTON INC | CONTINUE AS PREVIOUSLY FILED 8/16/2016. | | Instr #:20110907020892030 | Add to Briefcase | | |
| 20160113020041350 | 01/13/2016 02:50:50 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | TERMINATION | SSM HEALTH CARE OF OKLAHOMA INC | | | Instr #:20120530020566940 | Add to Briefcase | | |
| 20160113020041340 | 01/13/2016 02:50:49 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | TERMINATION | SSM HEALTH CARE OF OKLAHOMA INC | | | Instr #:20120530020566950 | Add to Briefcase | | |
| 20150401020305730 | 04/01/2015 10:44:06 AM | PAULS VALLEY NATIONAL BANK | Secured party | FINANCING STATEMENT - S | CITY OF PAULS VALLEY OKLAHOMA | THIS FINANCING STATEMENT COVERS SALES TAX REVENUE PLEDGED BY THE DEBTOR TO THE PAULS VALLEY HOSPITAL AUTHORITY, AS SECURTED PARTY, UNDER AND PURSUANT TO THE TERMS OF A SALES TAX AGREEMENT DATED AS OF APRIL 1, 2015. | | | Add to Briefcase | | |
| 20150401020305730 | 04/01/2015 10:44:06 AM | CITY OF PAULS VALLEY OKLAHOMA | Debtor | FINANCING STATEMENT - S | PAULS VALLEY NATIONAL BANK | THIS FINANCING STATEMENT COVERS SALES TAX REVENUE PLEDGED BY THE DEBTOR TO THE PAULS VALLEY HOSPITAL AUTHORITY, AS | | | Add to Briefcase | | |

| Instrument | Recorded Date | Name | Party Role | Doc Type | Other Name | Collateral | Big Collateral | First Reference | Briefcase | View Image | Legacy Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | SECURED PARTY, UNDER AND PURSUANT TO THE TERMS OF A SALES TAX AGREEMENT DATED AS OF APRIL 1, 2015. | | | | | |
| 20131010021027740 | 10/10/2013 10:45:56 AM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | AMENDMENT - STANDARD | LOCAL OKLAHOMA BANK | AMEND TO CHANGE SECURED PARTY AS SHOWN, 10-10-13 | | Ref Type: REFERENCE Legacy #: 2003015448229 Instr #: 200302133249400 | Add to Briefcase | | |
| 20131008021019870 | 10/08/2013 02:25:01 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | TERMINATION | FIRST UNITED BANK AND TRUST COMPANY | | | Ref Type: REFERENCE Instr #: 20100721020725420 | Add to Briefcase | | |
| 20131008021019860 | 10/08/2013 02:24:08 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | TERMINATION | FIRST UNITED BANK AND TRUST COMPANY | | | Ref Type: REFERENCE Instr #: 20100721020725410 | Add to Briefcase | | |
| 20130621020628700 | 06/21/2013 04:12:40 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | CONTINUATION | FIRST UNITED BANK AND TRUST CO | | | Ref Type: REFERENCE Legacy #: 2003008310219 Instr #: 200302125476100 | Add to Briefcase | | |
| 20121221021270880 | 12/21/2012 01:27:09 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | ASSIGNMENT - UCC | SIEMENS FINANCIAL SERVICES INC | ASSIGN NEW SECURED PARTY AS SHOWN 12/21/2012. | | Instr #:20110907020892030 | Add to Briefcase | | |
| 20120530020566950 | 05/30/2012 01:24:34 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | FINANCING STATEMENT - S | SSM HEALTH CARE OF OKLAHOMA INC | ALL PERSONAL AND OTHER PROPERTY, ACCOUNTS, INVENTORY, LEASES, RENTS, AND OTHER INCOME. | | | Add to Briefcase | | |
| 20120530020566940 | 05/30/2012 01:24:33 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | FINANCING STATEMENT - S | SSM HEALTH CARE OF OKLAHOMA INC | ALL ACCOUNTS, PRODUCTS, AND PROCEEDS. | | | Add to Briefcase | | |
| 20120207020130520 | 02/07/2012 02:13:15 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | FINANCING STATEMENT - S | LFC CAPITAL INC | ALL OF THE GOODS AND EQUIPMENT UNDER LEASE. | | | Add to Briefcase | | |
| 20111103021088110 | 11/03/2011 02:43:19 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | ASSIGNMENT - UCC | US BANK NA | ASSIGN NEW SECURED PARTY AS SHOWN 11/3/2011. | | Instr #:20110907020892030 | Add to Briefcase | | |
| 20110907020892030 | 09/07/2011 01:53:11 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | FINANCING STATEMENT - S | LEASING ASSOCIATES OF BARRINGTON INC | ONE DIMENSION EXL200 CHEMISTRY INTEGRATED SYSTEM. | | | Add to Briefcase | | |
| 20110705020654500 | 07/05/2011 04:19:58 PM | PAULS VALLEY HOSPITAL AUTHORITY DBA PAULS VALLEY GENERAL HOSPITAL | Debtor | PUBLIC FINANCE TRANSACTION | PAULS VALLEY GENERAL HOSPITAL FOUNDATION INC | THIS IS A PUBLIC FINANCE WHICH IS GOOD FOR 30 YEARS. ALL GROSS REVENUES OF THE AUTHORITY DERIVED FROM OPERATIONS OF THE PAULS VALLEY GENERAL HOSPITAL, AND ANY OTHER MONIES RECEIVED THEREUNDER IN AMOUNTS SUFFICIENT TO PAY THE PRINCIPAL AND INTEREST ON THE NOTE, ALL TO BE PAID FROM REVENUES RECEIVED BY THE DEBTOR. | | | Add to Briefcase | | |
| 20110705020654500 | 07/05/2011 04:19:58 PM | PAULS VALLEY GENERAL HOSPITAL | Debtor | PUBLIC FINANCE TRANSACTION | PAULS VALLEY GENERAL HOSPITAL FOUNDATION INC | THIS IS A PUBLIC FINANCE WHICH IS GOOD FOR 30 YEARS. ALL GROSS REVENUES OF THE AUTHORITY DERIVED FROM OPERATIONS OF THE PAULS VALLEY GENERAL HOSPITAL, AND ANY OTHER MONIES RECEIVED THEREUNDER IN AMOUNTS SUFFICIENT TO PAY THE PRINCIPAL AND INTEREST ON THE NOTE, ALL TO BE PAID FROM REVENUES RECEIVED BY THE DEBTOR. | | | Add to Briefcase | | |
| 20110705020654500 | 07/05/2011 04:19:58 PM | PAULS VALLEY GENERAL HOSPITAL FOUNDATION INC | Secured party | PUBLIC FINANCE TRANSACTION | PAULS VALLEY HOSPITAL AUTHORITY DBA PAULS VALLEY GENERAL HOSPITAL | THIS IS A PUBLIC FINANCE WHICH IS GOOD FOR 30 YEARS. ALL GROSS REVENUES OF THE AUTHORITY DERIVED FROM OPERATIONS OF THE PAULS VALLEY GENERAL HOSPITAL, AND ANY OTHER MONIES RECEIVED THEREUNDER IN AMOUNTS | | | Add to Briefcase | | |

| Instrument | Recorded Date | Name | Party Role | Doc Type | Other Name | Collateral | Big Collateral | First Reference | Briefcase | View Image | Legacy Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | SUFFICIENT TO PAY THE PRINCIPAL AND INTEREST ON THE NOTE, ALL TO BE PAID FROM REVENUES RECEIVED BY THE DEBTOR. | | | | | |
| 20101004020995780 | 10/04/2010 03:27:01 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | ASSIGNMENT - UCC | FIRST FINANCIAL CORPORATE LEASING LLC | ASSIGN NEW SECURED PARTY AS SHOWN 10/4/10. | | Instr #:20100519020501040 | Add to Briefcase | 🔍 | |
| 20100721020725420 | 07/21/2010 09:26:19 AM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | FINANCING STATEMENT - S | FIRST UNITED BANK & TRUST COMPANY | ALL RIGHT, TITLE AND INTEREST OF DEBTOR IN AND TO A CERTAIN LEASEHOLD MORTGAGE WITH POWER OF SALE AND SECURITY AGREEMENT ("LEASEHOLD MORTGAGE") RELATING TO THE DEBTOR'S $1,125,000 PROMISSORY NOTE (PAULS VALLEY HOSPITAL PROJECT) SERIES 2010 BY AND BETWEEN THE DEBTOR AND SECURED PARTY DATED AS OF JULY 9, 2010, INCLUDING ALL RIGHT, TITLE AND INTEREST OF DEBTOR IN AND TO ALL INCOME, REVENUES, PROFITS, INSURANCE PROCEEDS AND OTHER SUMS PAYABLE OT OR RECEIVABLE BY DEBTOR UNDER SAID LEASEHOLD MORTGAGE INCLUDING BUT NOT LIMITED TO ACCOUNTS ESTABLISHED THEREUNDER. | | | Add to Briefcase | 🔍 | |
| 20100721020725410 | 07/21/2010 09:26:18 AM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | FINANCING STATEMENT - S | FIRST UNITED BANK & TRUST COMPANY | ALL RIGHT AND TITLE TO ALL REVENUES, PROCEDS, AND INCOME AND ASSESSMENTS RELATED TO AND REFERRED IN THE SECURITY AGREEMENT BY AND BETWEEN THE PAULS VALLEY HOSPITAL AUTHORITY AS DEBTOR AND FIRST UNITED BANK & TRUST COMPANY, PAUL VALLEY, OKLAHOMA AS SECURED.PARTY. | | | Add to Briefcase | 🔍 | |
| 20100721020725410 | 07/21/2010 09:26:18 AM | FIRST UNITED BANK & TRUST COMPANY | Secured party | FINANCING STATEMENT - S | PAULS VALLEY HOSPITAL AUTHORITY | ALL RIGHT AND TITLE TO ALL REVENUES, PROCEDS, AND INCOME AND ASSESSMENTS RELATED TO AND REFERRED IN THE SECURITY AGREEMENT BY AND BETWEEN THE PAULS VALLEY HOSPITAL AUTHORITY AS DEBTOR AND FIRST UNITED BANK & TRUST COMPANY, PAUL VALLEY, OKLAHOMA AS SECURED PARTY. | | | Add to Briefcase | 🔍 | |
| 20100712020692470 | 07/12/2010 03:57:58 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | AMENDMENT - STANDARD | FIRST FINANCIAL CORPORATE LEASING LLC | AMEND TO CHANGE DEBTOR AS SHOWN 7/12/10. | | Instr #:20100519020501040 | Add to Briefcase | 🔍 | |
| 20100622020619850 | 06/22/2010 12:50:05 AM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | ASSIGNMENT - UCC | SIEMENS FINANCIAL SERVICES INC | ASSIGN NEW SECURED PARTY AS SHOWN 6/22/10. | | Instr #:20091130020130260 | Add to Briefcase | 🔍 | |
| 20100519020501040 | 05/19/2010 01:21:07 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | FINANCING STATEMENT - S | FIRST FINANCIAL CORPORATE LEASING LLC | ALL EQUIPMENT REFERENCED IN EQUIPMENT SCHEDULE NO. 01 TO MASTER LEASE AGREEMENT DATED AS OF DATE APRIL 27, 2010. BETWEEN FIRST FINANCILA CORPORATE LEASING, LLC AND PAULS VALLEY HOSPITAL AUTHORITY. | | | Add to Briefcase | 🔍 | |

| Instrument | Recorded Date | Name | Party Role | Doc Type | Other Name | Collateral | Big Collateral | First Reference | Briefcase | View Image | Legacy Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20100519020501040 | 05/19/2010 01:21:07 PM | FIRST FINANCIAL CORPORATE LEASING LLC | Secured party | FINANCING STATEMENT - S | PAULS VALLEY HOSPITAL AUTHORITY | ALL EQUIPMENT REFERENCED IN EQUIPMENT SCHEDULE NO. 01 TO MASTER LEASE AGREEMENT DATED AS OF DATE APRIL 27, 2010. BETWEEN FIRST FINANCILA CORPORATE LEASING, LLC AND PAULS VALLEY HOSPITAL AUTHORITY. | | | Add to Briefcase | | |
| 20091130020130260 | 11/30/2009 04:30:29 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | FINANCING STATEMENT - S | SIEMENS MEDICAL SOLUTIONS USA INC | EQUIPMENT, PROCEEDS, ATTACHMENTS, ACCESSIONS, | | | Add to Briefcase | | |
| 200802207295800 | 06/18/2008 04:19:57 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | E-FILED UCC-3 CONTINUATION | FIRST UNITED BANK & TRUST CO | CONTINUE AS FILED. | | | Add to Briefcase | | 2008007024125 |
| 200502154696900 | 04/08/2005 09:28:04 AM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | FINANCING STATEMENT - S | AMERICROP FINANCIAL LLC | BAXTER INFUSION PUMPS. | | | Add to Briefcase | | 2005004268736 |
| 200302133249600 | 12/31/2003 04:02:49 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | TERMINATION | LOCAL OKLAHOMA BANK | BIGCOLLATERAL | ALL FURNITURE, FIXTURES AND ARTICLES OF TANGIBLE AND INTANGIBLE PERSONAL PROPERTY NOW OWNED OR HEREAFTER ACQUIRED BY THE DEBTORS AND NOW OR HEREAFTER LOCATED ON, IN OR USED FOR THE OPERATION AND MAINTENANCE OF THE BUILDINGS AND IMPROVEMENTS LOCATED ON THE HEREINAFTER DESCRIBED REAL PROPERTY (THE "LEGAL DESCRIPTION"), INCLUDING BUT NOT LIMITED TO, BUILDING SUPPLIES, ACCOUNTS, CONTRACT RIGHTS, INVENTORY, GENERAL INTANGIBLES, BUSINESS RECORDS AND ALL LEASES, RENTS AND OTHER INCOME, NOW OR HEREAFTER DUE FROM THE OWNERSHIP, USE AND OPERATIONS OF SUCH BUILDINGS AND IMPROVEMENTS LOCATED ON SUCH REAL PROPERTY, AND THE PROCEEDS THEREOF. LEGAL DESCRIPTION MEANS "THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER (NE * NW * SE * NE *) OF SECTION TWENTY (20), TOWNSHIP THREE (3) NORTH, RANGE ONE (1) EAST, OF THE I.B.M., GARVIN COUNTY, OKLAHOMA". | | Add to Briefcase | | 2003015448431 |
| 200302133249400 | 12/31/2003 04:02:02 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | PUBLIC FINANCE TRANSACTION | LOCAL OKLAHOMA BANK | BIGCOLLATERAL | FURNITURE, FIXTURES, ARTICLES OF TANGIBLE AND INTANGIBLE PERSONAL PROPERTY, BUILDING SUPPLIES, ACCTS, CONTRACT RIGHTS, INVENTORY, GENERAL INTANGIBLES, BUSINESS RECORDS, LEASES, RENTS, OTHER INCOME, NOW OR HEREAFTER DUE FROM OWNERSHIP, USE AND OPERATION OF SUCH BUILDINGS AND IMPROVEMENTS LOCATED ON SUCH | | Add to Briefcase | | 2003015448229 |

| Instrument | Recorded Date | Name | Party Role | Doc Type | Other Name | Collateral | Big Collateral | First Reference | Briefcase | View Image | Legacy Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 200302133240100 | 12/31/2003 02:39:10 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | E-FILED UCC-1 | LOCAL OKLAHOMA BANK | BIGCOLLATERAL | REAL PROPERTY. ALL FURNITURE, FIXTURES AND ARTICLES OF TANGIBLE AND INTANGIBLE PERSONAL PROPERTY NOW OWNED OR HEREAFTER ACQUIRED BY THE DEBTORS AND NOW OR HEREAFTER LOCATED ON, IN OR USED FOR THE OPERATION AND MAINTENANCE OF THE BUILDINGS AND IMPROVEMENTS LOCATED ON THE HEREINAFTER DESCRIBED REAL PROPERTY (THE "LEGAL DESCRIPTION"), INCLUDING BUT NOT LIMITED TO, BUILDING SUPPLIES, ACCOUNTS, CONTRACT RIGHTS, INVENTORY, GENERAL INTANGIBLES, BUSINESS RECORDS AND ALL LEASES, RENTS AND OTHER INCOME, NOW OR HEREAFTER DUE FROM THE OWNERSHIP, USE AND OPERATIONS OF SUCH BUILDINGS AND IMPROVEMENTS LOCATED ON SUCH REAL PROPERTY, AND THE PROCEEDS THEREOF. LEGAL DESCRIPTION MEANS "THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER (NE ¼ NW ¼ SE ¼ NE ¼) OF SECTION TWENTY (20), TOWNSHIP THREE (3) NORTH, RANGE ONE (1) EAST, OF THE I.B.M., GARVIN COUNTY, OKLAHOMA". | 200302133249600 | Add to Briefcase | | 2003015439431 |
| 200302125476100 | 07/09/2003 03:29:43 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | FINANCING STATEMENT - S | FIRST UNITED BANK & TRUST CO | CHATTEL PAPER, CONTRACT RIGHTS, PERSONAL PROPERTY INCLUDED IN THE TRUST ESTATE. | | 200802207295800 | Add to Briefcase | | 2003008310219 |
| 200302118990800 | 02/28/2003 01:15:49 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | FINANCING STATEMENT - S | LFC CAPITAL INC | EQUIPMENT, GE HI SPEED ADVANTAGE CT, GE SYSTEC 4000 CT PROPERTY, LEASES, GE SYSTEC, ACCESSIONS, ADDITIONS, REPLACEMENTS, PROCEEDS. | | | Add to Briefcase | | 2003002413419 |
| 19990268115000 | 08/20/1999 03:56:06 PM | PAULS VALLEY HOSPITAL AUTHORITY DBA | Secured party | NON-STANDARD UCC-1 | THOMPSON, SUSAN ARNP | RIGHTS | | | Add to Briefcase | | 0006281 |
| 19990266431900 | 07/14/1999 11:13:18 AM | PAULS VALLEY HOSPITAL AUTHORITY DBA | Debtor | AMENDMENT NON STANDARD | BINDLEY WESTERN DRUG CO | ALL CASH, ACCOUNTS RECEIVABLE, INVENTORY, SUPPLIES, CUSTOMER LISTS, PRESCRIPTION FILES, FIXTURES, AND/OR EQUIPMENT. AMEND DEBTOR NAME AS SHOWN 7-14-99. | | | Add to Briefcase | | 0005287 |
| 19990265951700 | 06/25/1999 03:31:34 PM | PAULS VALLEY HOSPITAL AUTHORITY DBA | Debtor | NON-STANDARD UCC-1 | BINDLEY WESTERN DRUG CO | ALL CASH, ACCOUNTS RECEIVABLE, INVENTORY, SUPPLIES, CUSTOMER LISTS, PRESCRIPTION FILES, FIXTURES, AND/OR EQUIPMENT | | 19990266431900 | Add to Briefcase | | 0005020 |
| 19980236947400 | 05/27/1998 02:26:00 PM | PAULS VALLEY HOSPITAL AUTHORITY DBA | Secured party | NON-STANDARD UCC-1 | BROWN, J MATTHEW MD | RIGHT, TITLE, AND INTEREST | | | Add to Briefcase | | 0003991 |

| Instrument | Recorded Date | Name | Party Role | Doc Type | Other Name | Collateral | Big Collateral | First Reference | Briefcase | View Image | Legacy Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19970229195800 | 09/11/1997 03:08:00 PM | PAULS VALLEY HOSPITAL AUTHORITY | Debtor | FINANCING STATEMENT - S | FIRST UNITED BANK AND TRUST COMPANY | CHATTEL PAPER, CONTRACT RIGHTS, PERSONAL PROPERTY | | | Add to Briefcase | | 0047022 |

Export options: Excel | PDF | RTF

Copyright © 2018 Granicus, INC.

Results per page : 100