IN THE DISTRICT COURT OF GARVIN COUNTY, STATE OF OKLAHOMA

| | |
|---|---|
| PAULS VALLEY HOSPITAL AUTHORITY D/B/A PAULS VALLEY GENERAL HOSPITAL, <br><br> Plaintiff, <br><br> v. <br><br> NEWLIGHT HEALTH CARE, LLC, LTC GROUP, LLC and FIRST UNITED BANK AND TRUST CO., <br><br> Defendants. | ORIGINAL RETURN TO COURT CLERK <br><br> Case No. CJ-18-121 <br><br> STATE OF OKLAHOMA } ss. <br> GARVIN COUNTY <br> **FILED** <br> AUG 20 2018 <br> AT 3:10 O'CLOCK ___M, <br> LAURA LEE, Court Clerk <br> BY ___ DEPUTY |

## SUMMONS

THE STATE OF OKLAHOMA TO: THE ABOVE-NAMED LTC GROUP, LLC. You have been sued by the above-named plaintiffs and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiffs.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued: 8-15-18

_Laura Lee_
GARVIN COUNTY COURT CLERK

By: _Phida Thompson_
Deputy

ATTORNEYS FOR PLAINTIFFS:

Brett Agee
GARVIN AGEE CARLTON, P.C.
P.O. Box 10
Pauls Valley OK 73075-0010
405-238-1000
fax: 405-238-1001

This summons was served on _____.

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

## RETURN OF SERVICE

I certify that I mailed copies of the foregoing summons with a copy of the petition and the temporary restraining order attached to the following-named defendant at the address shown by certified mail, return receipt requested, on August 15, 2018, and receipt thereof on the dates shown:

| Name of Defendant | Address | Date of Service |
|---|---|---|
| LTC Group, LLC | c/o DuBois, Bryant & Campbell, LLP<br>303 Colorado St., Suite 2300<br>Austin, TX  78701 | August 17. 2018 |

*Brett Agee*
Brett Agee


**UNITED STATES**
**POSTAL SERVICE**

August 20, 2018

Dear Georgann Spivey:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8118 9956 0188 8472 79**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, To Mail Room |
| **Status Date / Time:** | August 17, 2018, 1:03 pm |
| **Location:** | AUSTIN, TX 78701 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |
| **Recipient Name:** | LTC Group LLC c o DuBois Bryant  Campbell LLP |

## Shipment Details

**Weight:** 14.0oz

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *[signature]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004