# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) PAULS VALLEY HOSPITAL HOSPITAL AUTHORITY D/B/A PAULS VALLEY GENERAL HOSPITAL,<br><br>      Plaintiff,<br><br>vs.<br><br>1) NEWLIGHT HEALTH CARE, LLC,<br>2) LTC GROUP, LLC,<br>3) FIRST UNITED BANK AND TRUST COMPANY,<br><br>      Defendants. | Case No. 18-CIV-826-F |

## NOTICE OF DISCLAIMER OF INTEREST

COMES NOW First United Bank and Trust Co. and acknowledges service of process and receipt of a copy of the Petition filed herein, and hereby disclaims any interest in and to the personal property which is the subject of this action as particularly described in Plaintiff's Petition.

Respectfully Submitted,

__s/Heather Burrage_____
Heather Hillburn Burrage, OBA #19423
**BURRAGE LAW FIRM**
1201 Westside Drive
P.O. Box 1727
Durant, OK  74702-1727
Telephone:  580-920-0700
Facsimile:  580-920-0702
*Attorney for Defendant First United Bank & Trust Co.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

- **Brett Agee**
  brett.agee@gaclawyers.com,georgann.spivey@gaclawyers.com,efilings@gaclawyers.com
- **Ryan T Leonard**
  rleonard@leonard-law.net,JLaw@elbattorneys.com

                                                s/Heather Burrage