**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| PAULS VALLEY HOSPITAL AUTHORITY d/b/a PAULS VALLEY GENERAL HOSPITAL, | ) | |
| Plaintiff, | ) | |
| -vs- | ) | Case No. CIV-18-826-F |
| NEWLIGHT HEALTHCARE, LLC, a Texas limited liability company, LTC GROUP, LLC, a Texas limited liability company, and FIRST UNITED BANK AND TRUST CO., | ) | |
| Defendants. | ) | |

**ORDER**

The court is in receipt of Defendants NewLight Healthcare, LLC and LTC Group, LLC's Motion to Dissolve Temporary Restraining Order, filed September 4, 2018. Doc. no. 7.

According to the Supreme Court, "[a]n ex parte temporary restraining order issued by a state court prior to removal remains in force after removal no longer than it would have remained in effect under state law, *but in no event does the order remain in force longer than the time limitations imposed by Rule 65(b), measured from the date of removal*." Granny Goose Foods, Inc. v. Brotherhood of Teamsters and Auto Truck Drivers Local No. 70 of Alameda County, 415 U.S. 423, 439-440 (1974) (emphasis added). Rule 65(b)(2), Fed. R. Civ. P., provides that unless the temporary restraining order is extended, it expires after 14 days.

Although defendants' notice of removal was filed in this court on August 26, 2018, the notice became effective, pursuant to 28 U.S.C. § 1446(d), when the copy of the notice was filed in state court. The state court record reveals that defendants filed a Notice of Filing Notice of Removal, attaching the initial page of the Notice of Removal, on August 27, 2018. Fourteen days from August 27, 2018 is this Monday, September 10, 2018.

To date, plaintiff has not moved for an extension of the temporary restraining order or moved for a preliminary injunction. Accordingly, counsel are advised that, for all practicable purposes, the temporary restraining order will expire on Monday, September 10, 2018.

IT IS SO ORDERED this 7th day of September, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0826p002.docx