# AGENDA
## PAULS VALLEY HOSPITAL AUTHORITY
## SPECIAL MEETING
## SEPTEMBER 5, 2018
## 5:00 P.M.
## 100 W. PAUL STREET
## PAULS VALLEY, OK

THE PAULS VALLEY HOSPITAL AUTHORITY, OKLAHOMA WILL HOLD A SPECIAL MEETING AT THE TIME AND PLACE STATED ABOVE. THE FOLLOWING BUSINESS WILL BE CONDUCTED. THE AUTHORITY MAY DISCUSS, VOTE TO APPROVE, VOTE TO DISAPPROVE, VOTE TO TABLE, OR DECIDE NOT TO VOTE ON ANY ITEM ON THIS AGENDA.

1. Call to order.

2. Roll call.

3. Consideration of action to cease general operations of the Pauls Valley General Hospital and to take required steps to proceed to close hospital operations.

4. Consideration of an executive session for the purpose of:
   a. Confidential communication between a public body and its attorney concerning a pending investigation, claim, or action as authorized by 25 Okla. Stat. § 307(4);
   b. Discussing negotiations concerning employees and representatives of employee groups as authorized by 25 Okla. Stat. § 307(2);
      1. Discussing the employment, hiring, appointment, promotion, demotion, disciplining or resignation of any individual salaried public officer of employee.
   c. Discussing the purchase or appraisal of real property as authorized by 25 Okla. Stat. § 307(3);

   with the Possibility of returning to open session to take action thereon.

5. Vote to return to Open Session (in the event an executive session is held).

6. Adjourn.

POSTED AT 4:55 P.M. FRIDAY, AUGUST 31, 2018
AT PAULS VALLEY CITY HALL & PAULS VALLEY GENERAL HOSPITAL