IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date:   September 9, 2018

| | |
|---|---|
| PAULS VALLEY HOSPITAL AUTHORITY d/b/a PAULS VALLEY GENERAL HOSPITAL,<br><br>　　　　　Plaintiff,<br><br>-vs-<br><br>NEWLIGHT HEALTHCARE, LLC, a Texas limited liability company, LTC GROUP, LLC, a Texas limited liability company, and FIRST UNITED BANK AND TRUST CO.,<br><br>　　　　　Defendants. | Case No. CIV-18-826-F |

ENTER ORDER:

Case transferred to _____Judge Joe Heaton_____

HEREAFTER, PLEASE REFER TO CASE AS _____CIV-18-826-HE_____

Please note that, for future filings in this case, the letters at the end of the number should now be "HE" rather than an "F".  This is important to ensure the prompt distribution of pleadings to the proper judge.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

　　　　　　　　　　　　　　　　　　　Carmelita Reeder Shinn, Clerk


　　　　　　　　　　　　　　　　　By:_____s/ Lori Gray_____
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc: counsel of record