AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __OKLAHOMA__

Pauls Valley Hospital Authority,
v.
Newlight Healthcare, LLC, et al.,

**EXHIBIT AND WITNESS LIST**

Case Number: CIV-18-0826-HE

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Joe Heaton | Brett Agee, Esq. | Ryan Leonard, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 09/10/2018 | Sherri Grubbs | Christy Anderson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Witnesses |
| 1 |  | 9/10/18 |  |  | Frank Avignone |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages