# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Date: September 19, 2018

| | | |
|---|---|---|
| PAULS VALLEY HOSPITAL AUTHORITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-18-0826-HE |
| | ) | |
| NEWLIGHT HEALTHCARE, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTER ORDER**:

Pursuant to the telephone conference held this date the **September 21, 2018**, motion hearing is **RESET** to **3:00 p.m**., in Courtroom No. 301.

**THE ABOVE ORDER ENTERED AT THE DIRECTION OF CHIEF JUDGE JOE HEATON.**

**Carmelita Reeder Shinn, Clerk of Court
Western District of Oklahoma**

By:   s/Christy Anderson
      Deputy Clerk

Copies to all parties of record