**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**UNITED STATES COURTHOUSE
N.W. 4TH AND HARVEY, OKLAHOMA CITY, OKLAHOMA**

**STATUS/SCHEDULING CONFERENCE DOCKET BEFORE JUDGE STEPHEN P. FRIOT
IN CHAMBERS - ROOM 4301**

**MONDAY, DECEMBER 3, 2018**

NOTICE TO ALL COUNSEL:   Local Rule 16.1 requires the filing of a Joint Status Report.   The report must be filed not later than **Thursday, November 29, 2018**.   The Status Report is a joint report to be initiated by counsel for plaintiff.   It should include a concise statement of the case to inform the court of the basic factual background and primary contentions of the parties. (LCvR16.1).

> All counsel and pro se litigants are directed to familiarize themselves with Judge Friot's chambers procedures which may be found at http://www.okwd.uscourts.gov/files/jfriotrules.pdf. If you do not have internet access, the courtroom deputy will be happy to give you a copy of these chambers procedures.  You will be asked at the status and scheduling conference whether you have any questions about these chambers procedures.  Counsel should pay particular attention to the court's expectations, based on the Federal Rules of Civil Procedure and applicable case law, with respect to full and timely compliance with requirements with respect to Rule 26(a)(2)(B) reports from retained experts.

The disclosures required by Fed.R.Civ.P. 26(a)(1) must be made not later than seven days before the date of the status/scheduling conference.

Counsel whose offices are outside Oklahoma County and pro se parties who live outside Oklahoma County may attend the conference by telephone, **provided that appropriate arrangements are made at least 24 hours in advance by contacting Courtroom Deputy Lori Gray** (405-609-5502).

Counsel should carefully read and heed Sections 3 and 4 of the OBA Standards of Professionalism, approved by the OBA on April 20, 2006 (accessible at the OBA website).

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the Court Security Officer.

_____

<u>9:00 A.M.</u>

| | | |
|---|---|---|
| CIV-18-459-F | Whitney Bell | Joshua S. Turner<br>Eugene K. Bertman |
| | -vs- | |
| | APS of Oklahoma, LP, d/b/a Fort Thunder Harley Davidson; APS of Oklahoma, LLC, d/b/a Fort Thunder Harley Davidson; and Robert Dodson | Elaine R. Turner<br>Tanya S. Bryant |

___

<u>9:15 A.M.</u>

| | | |
|---|---|---|
| CIV-16-264-F | Lisa West, et al. | Edward L. White<br>Glendell D. Nix<br>Kerry D. Green<br>L. Ray Maples, II<br>April B. Eberle |
| | -vs- | Nicole R. Snapp-Holloway |
| | Chesapeake Operating, LLC, et al. | David L. Kearney<br>E. Edd Pritchett, Jr.<br>Katherine Taylor Loy<br>Lane R. Neal<br>Micheal L. Darrah<br>William H. Doyle<br>April B. Coffin<br>Robert G. Gum<br>Breanne M. Gordon<br>Jack A. Mattingly, Sr.<br>James T. Stuart<br>Joseph M. Vorndran<br>J. Todd Woolery<br>Matthew C. Kane<br>Patrick L. Stein<br>Phillip G. Whaley<br>Timothy J. Bomhoff<br>Leah T. Rudnicki<br>Sharon T. Thomas<br>Bradley Ward Welsh<br>Dale E. Cottingham<br>Lewis T. LeNaire<br>Tammy D. Barrett |

___

9:30 A.M.

| | | |
|---|---|---|
| CIV-17-003-F | Craig PC Sales & Service, LLC, et al. | Bret T. Burns<br>Jonathan M. Irwin<br>Barrett T. Bowers<br>Geoffrey A. Tabor<br>Stanley M. Ward |
| | -vs- | Woodrow K. Glass |
| | CDW Government, LLC and Microsoft Corporation | Ronald T. Shinn, Jr.<br>William S. Leach<br>Ambika K. Doran<br>Bonnie E. MacNaughton<br>James H. Wendell<br>Lindsay N. Kistler<br>Robert D. Nelon |

_____

9:45 A.M.

| | | |
|---|---|---|
| CIV-18-085-F | Great Lakes Insurance SE (formerly known as Great Lakes Reinsurance (UK) SE) | Sara E. Potts<br>Michael S. Linscott |
| | -vs- | |
| | MCT, LLC, f/k/a TTMT, LLC, and Antonio Torres | Aaron D. Compton |

_____

10:00 A.M.

| | | |
|---|---|---|
| CIV-18-247-F | Riverbend Land, LLC | James M. Chaney |
| | -vs- | |
| | First American Title Insurance Company | Michael R. Pacewicz<br>Timothy M. Sowecke, Jr. |

_____

<u>10:15 A.M.</u>

| | | |
|---|---|---|
| CIV-18-508-F | Striker Entities, LLC | A. Wayne Billings |
| | | Mark K. Stonecipher |
| | -vs- | Socorro A. Dooley |
| | | |
| | Bruce Callander | Emilie B. Wedman |
| | | Mark S. Grossman |

**-AND-**

| | | |
|---|---|---|
| CIV-18-509-F | The Striker Group, LLC, et al. | A. Wayne Billings |
| | | Mark K. Stonecipher |
| | -vs- | Socorro A. Dooley |
| | | |
| | Jeffrey A. Drawdy | Emilie B. Wedman |
| | | Mark S. Grossman |

**-AND-**

| | | |
|---|---|---|
| CIV-18-510-F | The Striker Group, LLC, et al. | A. Wayne Billings |
| | | Mark K. Stonecipher |
| | -vs- | Socorro A. Dooley |
| | | |
| | Susan A. Drawdy | Emilie B. Wedman |
| | | Mark S. Grossman |

_____

<u>10:30 A.M.</u>

| | | |
|---|---|---|
| CIV-18-621-F | Reginald Nealy | Jeffrey A. Wilson |
| | | Harmonniey S. Kincheon |
| | -vs- | |
| | | |
| | Sequium Asset Solution, d/b/a | |
| | Focus Receivables Management | |

_____

<u>10:45 A.M.</u>

| | | |
|---|---|---|
| CIV-18-743-F | Great Lakes Insurance SE | Greg A. Castro |
| | | C. Eric Shephard |
| | -vs- | |
| | | |
| | Wacker Family Trust, d/b/a Taylor | |
| | Ridge Apartments, and Dennis Wacker | |

_____

<u>11:00 A.M.</u>

| | | |
|---|---|---|
| CIV-18-770-F | Robert Spencer | April B. Eberle |
| | -vs- | |
| | American Builders & Contractors Supply Co., Inc., d/b/a ABC Supply Co., Inc. | Justin P. Grose<br>Keith E. Kopplin |

_____

<u>11:15 A.M.</u>

| | | |
|---|---|---|
| CIV-18-794-F | Chantz Jackson, Stephanie Nivin, and Justin Nivin | Greg H. Haubrich |
| | -vs- | |
| | Michael Allen Pesis; Joe Brown Company; and Greenwich Insurance Company | J. Mark McAlester<br>Michael S. McMillin |

_____

<u>11:30 A.M.</u>

| | | |
|---|---|---|
| CIV-18-826-F | Pauls Valley Hospital Authority, d/b/a Pauls Valley General Hospital | Brett Agee |
| | -vs- | |
| | NewLight Healthcare, LLC; LTC Group, LLC; and First United Bank and Trust Co. | Ryan T. Leonard<br>Christa L. Sullivan<br>Heather H. Burrage |

_____

<u>11:45 A.M.</u>

| | | |
|---|---|---|
| CIV-18-898-F | Cory John Baker | Daniel J. Talbot<br>Duke Halley |
| | -vs- | |
| | Apache Corporation and Patterson-UTI Drilling Company, LLC | Seth A. Day<br>Toby M. McKinstry<br>Maggie M. Logan |