# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) PAULS VALLEY HOSPITAL AUTHORITY d/b/a PAULS VALLEY GENERAL HOSPITAL, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No.: CIV-18-826-F |
| (1) NEWLIGHT HEALTHCARE, LLC, a Texas limited liability company,<br>(2) LTC GROUP, LLC, a Texas limited Liability company, and;<br>(3) FIRST UNITED BANK AND TRUST CO. an Oklahoma Domestic Bank, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL
## OF COUNTERCLAIMANT NEWLIGHT HEALTHCARE, LLC

COMES NOW Counterclaimant, NewLight Healthcare, LLC, a Texas limited liability company, and dismisses without prejudice its counterclaims against Plaintiff, Pauls Valley Hospital Authority d/b/a Pauls Valley General Hospital.

Respectfully submitted,

S/ Ryan Leonard
Ryan Leonard, OBA #19155
EDINGER, LEONARD & BLAKLEY, PLLC
100 Park Ave., Suite 500
Oklahoma City, OK 73102
Telephone: 405-702-9900
Facsimile: 405-605-8381
Email: rleonard@elbattorneys.com
ATTORNEYS FOR COUNTERCLAIMANT
NEWLIGHT HEALTHCARE, LLC

1

-and-

S/ Brett Agee_____
Brett Agee, Esq.
Garvin Agee Carlton, PC
P.O. Box 10
Pauls Valley, Oklahoma 73075
brett.agee@gaclawyers.com
ATTORNEYS FOR PLAINTIFF
PAULS VALLEY HOSPITAL AUTHORITY
d/b/a PAULS VALLEY GENERAL
HOSPITAL

-and-

S/ Heather Hillburn Burrage_____
Heather Hillburn Burrage, OBA #19423
BURRAGE LAW FIRM
1201 Westside Drive
P.O. Box 1727
Durant, OK  74702-1727
Telephone:  580-920-0700
Facsimile:  580-920-0702
ATTORNEYS FOR DEFENDANT FIRST
UNITED BANK & TRUST CO.

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Brett Agee, Esq.
Garvin Agee Carlton, PC
P.O. Box 10
Pauls Valley, Oklahoma 73075
brett.agee@gaclawyers.com

Heather Hillburn Burrage
Burrage Law Firm
1201 Westside Drive
P.O. Box 1727

Durant, OK  74702-1727
hburrage@burragelaw.com

                                        S/ Ryan Leonard
                                        Ryan Leonard